**Opinion issued December 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00718-CV

————————————

## IN RE MAHINDRA, USA INC., Relator

———————————————————————————————

## Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————

## MEMORANDUM OPINION

Relator, Mahindra, USA Inc., has filed a petition for writ of mandamus, challenging the trial court's August 12, 2016 order denying its motion to dismiss based on forum non conveniens.[*]

---

[*] The underlying case is *Jason Alan Cooper, Individually, as Administrator of the Estate of Venice Alan Cooper, and as Next Friend of Faith Cooper, and Christopher Cody Cooper v. Mahindra USA, Inc. and KMW, LTD.*, cause number 2016-40032, pending in the 152nd District Court of Harris County, Texas, the Honorable Robert Schaffer presiding.

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.